## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>ARTHUR HENDERSON<br><br><br><br><br><br>**Debtor** | CASE NO: 18-45260-659<br>Chapter 13<br><br>Re: Objection to Claim 12 filed by<br>    COLLECTOR OF REVENUE<br>    Acct: 7154<br>    Amount: $1,747.79<br>    Response Due: July 08, 2021 |

### TRUSTEE'S OBJECTION TO CLAIM 12

**THIS OBJECTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE OBJECTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE OBJECTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE OBJECTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING, THE DATE OF WHICH WILL BE SENT TO YOU IF YOU FILE A RESPONSE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE OBJECTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

COMES NOW Diana S. Daugherty, Standing Chapter 13 Trustee in Bankruptcy, and for her objection to claim states as follows:
The claim filed by COLLECTOR OF REVENUE dated June 15, 2021 for $1,747.79 was filed after the last day for filing claims in this case which was October 25, 2018, and said claim should be denied.
WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

| | |
|---|---|
| Dated: June 17, 2021<br><br>OBJCLM--AC | /s/ Diana S. Daugherty<br>Diana S. Daugherty<br>Standing Chapter 13 Trustee<br>P.O. Box 430908<br>St. Louis, MO  63143<br>(314) 781-8100  Fax: (314) 781-8881<br>trust33@ch13stl.com |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on June 17, 2021, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on June 17, 2021.

ARTHUR HENDERSON  
3534 MINNESOTA AVE  
SAINT LOUIS, MO  63118

COLLECTOR OF REVENUE  
1200 MARKET ST RM 410  
C/O CITY OF ST LOUIS  
ST LOUIS, MO  63103

/s/ Diana S. Daugherty  
Diana S. Daugherty, Chapter 13 Trustee